## 15593. FULLER v. FULLER.

BLOODWORTH, J. 1. There is nothing in the alleged newly discovered evidence that takes it out of the general rule that such evidence, when merely cumulative and impeaching in its character, will not require the grant of a new trial.

2. There was some evidence to support the verdict.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 15, 1924.

Trover; from Gordon superior court—Judge Tarver. March 22, 1924.

*J. H. Paschall,* for plaintiff in error.

*A. L. Henson,* contra.